

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00520-CV

**In the Interest of N.R.T., C.C.T., A.T.**, Children

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-59
Honorable Selina Nava Mireles, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

SIGNED January 2, 2019.

_____
Irene Rios, Justice